UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AXEL BRAUN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 38,<br><br>　　　　Defendants.<br>_____/ | No. C 12-5786 MEJ<br>and related cases: 12-5812 MEJ<br>　　　　　　　　　　　12-5813 MEJ<br>　　　　　　　　　　　12-5814 MEJ<br><br>**ORDER RE: STATUS** |

　　　These related cases are currently scheduled for a Case Management Conference on February 14, 2013. However, as there is no indication that any Defendants have been served, the Court VACATES the February 14 conference and ORDERS Plaintiff Axel Braun to file a status report by February 21, 2013.

　　　**IT IS SO ORDERED.**

Dated: February 8, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge