D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,
Axel Braun



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL BRAUN, | **Case No.: 12-5786 MEJ** |
| Plaintiff, | And related cases: 12-5812 MEJ |
| vs. | 12-5813 MEJ |
| | 12-5814 MEJ |
| PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 38, | **STATUS REPORT** |
| Defendants. | |

Plaintiff provides this Status Report at the direction of the Court.

Plaintiff requested leave to take early discovery in order to identify the Internet subscribers whose accounts the Doe Defendants in these matters used to access the Internet and engage in the alleged infringing activity. Dkt. No. 6. The Court granted Plaintiff's request (Dkt. No.10) , and Plaintiff subpoenaed a number of Internet Service providers (ISPs).

-1-

Because there was no indication that any Defendants had been served, the Court vacated the Case Management Conference scheduled for February 14, 2013 and directed Plaintiff to file a status report by February 21, 2013. Dkt. No. 11.

## REPORT

Plaintiff served third party subpoenas on the following ISPs on or around January 8, 2013:

- Astound Broadband
- Charter Communications
- Covad Communications
- Curtel
- DataFrame Logistics
- Digital Path
- DSL Extreme
- Ericson Network Systems
- Extel Wireless
- Frontier Communications
- ICO Networks / Got Net
- Internet Express
- Level 3 Communications
- Mpower
- Nobis
- OC3 Networks / Web Solutions
- Reliable Hosting
- SBC Internet Services
- South Valley Internet
- Sprint PCS
- SureWest Broadband
- Unwired

        Verizon Internet Services

        Wave Broadband

        Wayport

        WebNX

        XO Communications and

        Ygnition Networks

In order to give the ISPs the opportunity to comply with the Court's directions in the Order allowing allowing ISPs 20 days to notify subscribers, 30 days for the subscribers to file objections, and 14 days for the ISPs to produce responsive information, Plaintiff set March 18, 2012 as the date for production. Plaintiff's counsel notes that in his experience, ISPs often take even longer to respond.

Once Plaintiff receives the information, Counsel will send a letter in an attempt to further investigate or settle claims. Generally, counsel follows up with two additional letters, generally about two weeks apart. At that time, Plaintiff will seek to amend the Complaint to name individual defendants. Although this is a long process, it gives potential defendants the maximum opportunity to resolve claims whether by settlement or through additional investigation that in some cases leads to voluntary dismissals.

Plaintiff therefore respectfully requests that the next case management conference be set for sometime after May 15, 2013.

   Respectfully Submitted,

Dated: 2/20/2013          */s/ D. Gill Sperlein*

                                    Counsel for plaintiff

IT IS HEREBY ORDERED that a joint or individual case management statement shall be filed by May 16, 2013. The Court shall conduct a case management conference on May 23, 2013 at 10:00 a.m. in Courtroom B. Sanctions may be imposed for failure to comply.

Dated: February 22, 2013