# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| AXEL BRAUN, <br><br> Plaintiff, <br><br> v. <br><br> PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 38, <br><br> Defendants. <br> _____/ | No. C 12-5786 MEJ <br> and related cases: 12-5812 MEJ <br> 12-5813 MEJ <br> 12-5814 MEJ <br><br> **ORDER SEVERING ALL DOE DEFENDANTS EXCEPT DOE 1 IN ALL RELATED CASES** <br><br> **ORDER RE: RELATED CASES** |

On November 19, 2012, the Court related the above-captioned cases. The Court subsequently granted Plaintiff Axel Braun's Ex Parte Applications for Expedited Discovery. However, since that time, the Court has received statements from individual Doe Defendants, reviewed recent cases in this area, and has determined that joinder of all Doe Defendants is improper as individual issues are likely to predominate. Accordingly, all Does except Doe 1 are SEVERED from these related actions without prejudice to Plaintiff filing individual complaints against them. Further, as individual issues predominate, the Court shall remove the related case designation for these cases. Plaintiff shall prosecute all four cases against Doe 1 Defendants only, and the cases shall not be considered related. Any motions to quash and/or sever are denied as moot, with the exception of any motions to quash brought by a Doe 1 Defendant in any of the four cases.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
Maria-Elena James
United States Magistrate Judge