# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>v.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 38,<br><br>    Defendants.<br>_____/ | No. C 12-5786 MEJ<br>and previously related cases: 12-5812 MEJ<br>                                  12-5813 MEJ<br>                                  12-5814 MEJ<br><br>**ORDER RE: APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

On March 11, 2013, the Court severed all Does except Doe 1 from these four cases and removed the related case designation for them. Dkt. No. 14. Now before the Court is Plaintiff's Application for Leave to File Motion for Reconsideration or in the Alternative Request for Further Clarification. Dkt. No. 15. Upon review of Plaintiff's Application, the Court DENIES his request to file a motion for reconsideration. However, the Court GRANTS Plaintiff's request for clarification as follows: Given Plaintiff's reliance on the Court's previous orders in this case, Plaintiff may use the previously subpoenaed information in order to attempt resolution through investigation and possible settlement prior to re-filing complaints against the severed Doe Defendants.

**IT IS SO ORDERED.**

Dated: April 16, 2013

_____
Maria-Elena James
United States Magistrate Judge

Case3:12-cv-05786-MEJ   Document16   Filed04/16/13   Page2 of 2